**Order entered  June 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01352-CR

### GLENN LOUIS BAKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-82158-2014

## ORDER

Appellant, who was convicted of indecency with a child by sexual contact, filed a brief on May 20, 2019. In the brief, appellant uses the names of the child victim, certain child witnesses, and other children. *See* Tex. R. App. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of: (1) a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number; (2) bank account number, credit card number, and other financial account number; (3) a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we

**STRIKE** the brief filed in contravention of counsel's certification that the brief complied with rule 9.10(a) and (b). *See* TEX. R. APP. P. 9.10(e).

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only. *See* TEX. R. APP. P. 9.10(d).

We **DIRECT** the Clerk to send copies of this order to David L. Botsford and the Collin County District Attorney's Office.

/s/    CORY L. CARLYLE
        JUSTICE